99 A.3d 526

In re Magisterial District Judge Mark A. BRUNO, Magisterial District 15–1–01.

Petition of Mark A. Bruno.

Supreme Court of Pennsylvania.

Argued Sept. 10, 2013.

Decided Aug. 28, 2014.

Robert A. Graci, Esq., Judicial Conduct Board of Pennsylvania, for Judicial Conduct Board.

Samuel C. Stretton, Esq., Law Office of Samuel C. Stretton, West Chester, for Mark A. Bruno.

David J. Barton, Esq., Bentz Law Firm, P.C., Dennis R. Joyce, Esq., Pittsburgh, for Special Court Judges Association of PA.

A. Taylor Williams, Esq., Philadelphia, Administrative Office of Pennsylvania Courts, for AOPC.

Michael A. Bloom, Esq., Morgan Lewis & Bockius, L.L.P., Philadelphia, Robert L. Byer, Esq., Duane Morris LLP, Pittsburgh, Forest Neil Myers, Esq., Forest N. Myers Law Offices, Shippensburg, Thomas G. Wilkinson Jr., Esq., Cozen O'Connor, Philadelphia, for Pennsylvania Bar Association.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of August 2014, the Order of the Supreme Court dated February 1, 2013, is hereby **VACATED.**

Opinion to follow.